STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Brenda J. Bray
In Proper Person
P. O. Box 351
Many LA 71446

**REHEARING ACTION: January 16, 2008**

**Docket Number: 07   00781-CA**

**VIRGINIA ANDERSON BRUCE**
**VERSUS**
**BRENDA J. BRAY**

**Appealed from Sabine Parish Case No. 59,157**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brenda J. Bray** has this day been

**DENIED.**

cc: William Daniel Dyess, Counsel for the Appellee